# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 464 WAL 2014
                                    :

             Respondent     : Petition for Allowance of Appeal from the
                                    : Order of the Superior Court
                                    :

            v.                        :
                                    :

CHARLES DENNIS BRITTON,     :
                                    :
            Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.